```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03472
   MICHAEL W SAMUELSON
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-0478
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/28/07 and confirmed on 06/21/07.

   2.  The case was dismissed after confirmation, 11/01/2007.

   3.  The Debtor paid a total of $    636.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 4667.04 | .00 | 619.46 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AURORA PEDIATRIC CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL CASUALTY COMPANY | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| STUART ALLAN & ASSOCIATE | UNSECURED | 1078.31 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 1080.83 | .00 | .00 |
| EDWARD KIRCH MANAGEMENT | UNSECURED | 4953.30 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 762.95 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 589.54 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 10637.78 | .00 | .00 |

             Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 4667.04 | .00 | 19102.71 | .00 | 23769.75 |
| PRINCIPAL PAID | 619.46 | .00 | .00 | .00 | 619.46 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 619.46 | .00 | .00 | .00 | 619.46 |

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $     .00
and was paid $     .00 .

The Trustee received $    16.54 .

Refunds to the Debtor totaled $     .00 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```